James J. Davis, Jr., AK Bar No. 9412140
Goriune Dudukgian, AK Bar No. 0506051
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: jdavis@njp-law.com
Email: gdudukgian@njp-law.com

Attorneys for Kenneth Willis

COPY
Original Received
NOV - 4 2020
Clerk of the Trial Courts

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| KENNETH WILLIS, | ) |
| Plaintiff | ) |
| vs. | ) |
| RESOLVE SALVAGE, INC. | ) |
| Defendant | ) Case No. 3AN-20-08830 CI |

## COMPLAINT

COMES NOW the plaintiff, Kenneth Willis, by and through counsel, the Northern Justice Project, LLC, and alleges and requests relief as follows:

### INTRODUCTION

1. This case involves Resolve Salvage, Inc.'s failure to pay overtime compensation to Mr. Kenneth Willis. Mr. Willis has spent years working more than 55 hours per week in a shipyard for this corporation, yet it has never paid him the

COMPLAINT
*Kenneth Willis v. Resolve Salvage Inc.*
Page 1 of 5

overtime that he is entitled to for that labor. This violates the Alaska Wage and Hour Act, which entitles Mr. Willis to unpaid overtime wages, liquidated damages, and attorney fees.

## JURISDICTION AND VENUE

2. This Court has jurisdiction under AS § 22.10.020(c) and (g).

3. Plaintiff is a resident of the Third Judicial District and all acts occurred within the Third Judicial District and jurisdiction is proper in the Third Judicial District.

## PARTIES

4. Resolve Salvage, Inc. is a Florida Corporation that employs the plaintiff in Dutch Harbor, Alaska.

5. Plaintiff Kenneth Willis is a resident of Dutch Harbor, Alaska and works for Resolve Salvage, Inc.

## RELEVANT BACKGROUND

6. In 2011, Mr. Willis began to work at a shipyard in Dutch Harbor, Alaska, which was then owned and operated by Magone Marine Services, a marine salvage business.

7. Mr. Willis was initially recruited to work at this shipyard by Dan Magone, the namesake and a former owner of Magone Marine Services.

8. At that point, the Dutch Harbor shipyard and Magone Marine Services were locally owned and operated by Mr. Magone himself, who had a more than four decade history of marine salvage work in and around the Aleutians.

COMPLAINT
*Kenneth Willis v. Resolve Salvage Inc.*
Page 2 of 5

Northern Justice Project, LLC
A Private Civil Rights Firm
406 G Street, Suite 207
Anchorage, AK 99501
Phone: (907) 308-3395; Fax: (866) 813-8645

9. Around late 2013, the ownership and operation of the Dutch Harbor shipyard and salvage operation was taken over by a group of out-of-state entities from Florida that broadly operate under the name "Resolve Marine." Since then, the shipyard has operated through a Florida corporation that was first named "Resolve-Magone Marine Services (Alaska), Inc.," and which was later renamed "Resolve Alaska Holdings, Inc." And with this new ownership regime, Mr. Willis is now paid and employed by a Florida corporation called Resolve Salvage, Inc. (hereinafter "Resolve Salvage").

10. Mr. Willis was never provided with a job description by Resolve Salvage.

11. Resolve Salvage imposed on Mr. Willis a "standard" work week of at least six days per week and of at least 55 hours per week.

12. Resolve Salvage effectively stripped Mr. Willis of almost all managerial or administrative responsibilities Instead, Resolve Salvage began to staff and manage the Dutch Harbor shipyard with numerous administrative and managerial employees from out of state.

13. As a result of these changes, Mr. Willis spends most of his time laboring in the Dutch Harbor shipyard. For example, Mr. Willis rigs for cranes operations; handles dry dock logistics; works as "dock master" for haulouts; assists dry dock crews for any boat repairs; runs loaders; operates a forklift; and is directly involved, i.e., hands on, in all technical repairs.

COMPLAINT
*Kenneth Willis v. Resolve Salvage Inc.*
Page 3 of 5

Northern Justice Project, LLC
A Private Civil Rights Firm
406 G Street, Suite 207
Anchorage, AK 99501
Phone: (907) 308-3395; Fax: (866) 813-8645

14. Pursuant to Resolve Salvage's schedule, Mr. Willis frequently works in excess of eight hours per day and 40 hours per week. Indeed, Mr. Willis works at least 55 hours per week.

15. Mr. Willis is entitled to overtime compensation whenever he works in excess of eight hours per day or 40 hours per week.

16. Mr. Willis has repeatedly asked managers for overtime compensation.

17. However, Resolve Salvage has never paid Mr. Willis overtime compensation.

## FIRST CAUSE OF ACTION – VIOLATION OF THE ALASKA WAGE AND HOUR ACT

18. The foregoing paragraphs of this Complaint are incorporated herein as through fully set forth.

19. The Alaska Wage and Hour Act governs the payment for overtime of workers in the state of Alaska.

20. AS 23.10.060(b) provides that, "[i]f an employer finds it necessary to employ an employee for hours in excess of the limits set in [the] subsection, overtime compensation for the overtime at the rate of one and one-half times the regular rate of pay shall be paid."

21. Also per AS 23.10.060(b), the hourly limits that give rise to overtime payment obligations are work in "excess of eight hours a day" or "in excess of 40 hours a week."

COMPLAINT
*Kenneth Willis v. Resolve Salvage Inc.*
Page 4 of 5

Northern Justice Project, LLC
A Private Civil Rights Firm
406 G Street, Suite 207
Anchorage, AK 99501
Phone: (907) 308-3395; Fax: (866) 813-8645

22. Mr. Willis has consistently worked more than eight hours per day and/or 40 hours per week for Resolve Salvage.

23. Mr. Willis is entitled to overtime compensation from Resolve Salvage.

24. Resolve Salvage has never paid Mr. Willis overtime compensation.

25. By acting in the aforesaid fashion, Resolve Salvage has violated AS 23.10.060(b).

26. Pursuant to AS 23.10.110(a), Mr. Willis is entitled to his unpaid overtime compensation.

27. Also pursuant to AS 23.10.110(a), Mr. Willis is entitled to an additional award of liquidated damages equal to the amount of his unpaid overtime compensation.

## PRAYER FOR RELIEF

WHEREFORE, the plaintiff respectfully requests that the Court award:

(1) Actual and statutory damages against the defendant;

(2) The costs and expenses of litigation, including full reasonable attorney fees; and

(3) All other relief as the Court deems necessary.

DATED this 4th day of November, 2020

NORTHERN JUSTICE PROJECT, LLC
Attorneys for Plaintiff

By: _____
James J. Davis, Jr., AK Bar No. 9412140
Goriune Dudukgian, AK Bar No. 0506051

COMPLAINT
*Kenneth Willis v. Resolve Salvage Inc.*
Page 5 of 5

Northern Justice Project, LLC
A Private Civil Rights Firm
406 G Street, Suite 207
Anchorage, AK 99501
Phone: (907) 308-3395; Fax: (866) 813-8645

William J. Evans
Evans@alaskalaw.pro

Allen F. Clendaniel
Clendaniel@alaskalaw.pro

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

KENNETH WILLIS,

        Plaintiff,

vs.

RESOLVE SALVAGE, INC.,

        Defendant.

Case No. 3AN-20-08830 CI

**ENTRY OF APPEARANCE**

The undersigned hereby enter their appearance on behalf of Defendant Resolve Salvage, Inc. in this matter.

It is requested that copies of all further pleadings or correspondence relating to this matter, except process, be served on:

>William J. Evans &
>Allen F. Clendaniel
>Sedor, Wendlandt, Evans & Filippi, LLC
>500 L Street, Suite 500
>Anchorage, Alaska 99501
>Phone:   (907) 677-3600
>Fax:     (907) 677-3605

Undersigned counsel consent to service of pleadings and other correspondence via email at **evans@alaskalaw.pro** and **clendaniel@alaskalaw.pro.**

DATED this 11th day of December at Anchorage, Alaska.

SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
Attorneys for Defendant


By: /s/Allen F. Clendaniel .
William J. Evans, Alaska Bar No. 9812092
Allen F. Clendaniel, Alaska Bar No. 0411084

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by email this 11th day of December, 2020 to:

James J. Davis, Jr.
Goriune Dudukgian
Northern Justice Project, LLC
406 G St. Suite 207
Anchorage, Alaska 99501
**jdavis@njp-law.com**
**gdudukgian@njp-law.com**

 /s/Riza Smith .
Certification Signature

ENTRY OF APPEARANCE
*Kenneth Willis vs. Resolve Salvage, Inc.* Case No. 3AN-20-08830 CI    Page 2 of 2

Case 3:20-cv-00305-JWS   Document 1-1   Filed 12/14/20   Page 7 of 7

**Exhibit A**
**Page 7 of 7**